1126

No. 97–8269. CLARK v. ST. PAUL POLICE DEPARTMENT, SUED AS CITY OF ST. PAUL POLICE. C. A. 8th Cir. Certiorari denied.

No. 97–8274. MAHDAVI v. ONE HUNDRED STATE, COUNTY, AND CITY OFFICIALS ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 97–8275. NICHOLAS v. MILLER ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–8278. TESORO v. COLORADO. C. A. 10th Cir. Certiorari denied.

No. 97–8281. MILLER v. HUGL ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–8286. SINGLETON v. MATTHEWS ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 97–8288. BILLEMEYER v. MISSOURI ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–8289. HARRIS v. TAYLOR ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–8298. LYNCH v. OFFICE OF THE MAYOR OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 97–8299. LABANKOFF ET AL. v. UNITED STATES BANKRUPTCY COURT ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–8302. LAMBRIX ET AL. v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–8303. JORGENSON v. RATELLE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–8306. PORTER v. IDAHO. Sup. Ct. Idaho. Certiorari denied.

No. 97–8307. RIGHTER v. DELAWARE. Sup. Ct. Del. Certiorari denied.